UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTRICE MITCHELL,

    Plaintiff,

v.

TERRY VANKEUREN, CITY OF FLINT POLICE OFFICER JOHN DOE, and THE CITY OF FLINT,

    Defendants.
_____/

Case No. 18-cv-10376

Paul D. Borman
United States District Judge

David R. Grand
United States Magistrate Judge

### ORDER (1) ADOPTING MAGISTRATE JUDGE GRAND'S MAY 15, 2020 REPORT AND RECOMMENDATION TO DENY PLAINTIFF MARTRICE MITCHELL'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 37), AND (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 36)

On May 15, 2020, Magistrate Judge David R. Grand issued a Report and Recommendation to deny Plaintiff's Motion for Summary Judgment. (ECF No. 37, Report and Recommendation.)

Having reviewed the Report and Recommendation, and there being no timely objections from any party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ORDERS that:

(1) Magistrate Judge Grand's May 15, 2020 Report and Recommendation (ECF No. 37) is ADOPTED; and

(2) Plaintiff's Motion for Summary Judgment (ECF No. 36) is DENIED.

IT IS SO ORDERED.

Dated: June 12, 2020

s/Paul D. Borman
Paul D. Borman
United States District Judge